Commonwealth *v.* Steadman, Appellant.

Before SAYLOR, J., specially presiding.

Submitted December 11, 1968.
*Leonides A. Allen,* for appellant; *James D. Crawford,*
Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Judgments of sentence affirmed.